# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CITY OF CORAL SPRINGS POLICE OFFICERS' PENSION PLAN, derivatively on behalf of BLOCK, INC., | § § § § § | No. 161, 2023 |
| Plaintiff Below, Appellant, | § § § | Court Below—Court of Chancery of the State of Delaware |
| v. | § § § | C.A. No 2022-0091 |
| JACK DORSEY, ROELOF BOTHA, AMY BROOKS, PAUL DEIGHTON, RANDY GARUTTI, JIM MCKELVEY, MARY MEEKER, ANNA PATTERSON, LAWRENCE SUMMERS, DAVID VINIAR, and DARREN WALKER, | § § § § § § § § § § | |
| Defendants Below, Appellees, | § § § | |
| and | § § | |
| BLOCK, INC., | § § | |
| Nominal Defendant Below, Appellee. | § § | |

Submitted: November 1, 2023
Decided: November 15, 2023

Before **SEITZ**, Chief Justice; **VALIHURA, TRAYNOR, LEGROW** and **GRIFFITHS**, Justices, constituting Court *en Banc*.

# ORDER

This 15th day of November 2023, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the Memorandum Opinion dated May 9, 2023, as corrected May 10, 2023.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice